# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN O. MROCZKA, | No. 2:19-CV-02525-KJM-AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ATTORNEY GENERAL WILLIAM BARR, | |
| Defendant. | |

The undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). As Chief Judge, with the assistance of the Clerk of Court, the undersigned has determined that each district judge of this court also would recuse if the case were reassigned to him. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to reassign this case to another judge identified by the Ninth Circuit Court of Appeals for any further proceedings that may be appropriate or required.  All dates set in the above-entitled action may be modified by the judge to whom the case is reassigned.  The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment

DATED: May 11, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1