# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN O. MROCZKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL WILLIAM BARR,<br><br>　　　　Defendant. | Case No.: 2:19-cv-02525-MMC-JLT<br><br>ORDER SCHEDULING FURTHER STATUS CONFERENCE |

The above-titled action having been reassigned to the undersigned for all purposes, a telephonic status conference is hereby SCHEDULED for July 1, 2020, at 10:00 a.m. A joint status conference statement shall be filed no later than June 24, 2020.

**IT IS SO ORDERED.**

Dated: May 28, 2020

_____
MAXINE M. CHESNEY
United States District Judge