UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MROZKA,

          Plaintiff,

   v.

BARR,

          Defendant.

Case No. 2:19-2525 MMC (JSC)

**NOTICE AND ORDER REGARDING VIDEO SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The above matter was referred to Magistrate Judge Jacqueline Scott Corley for settlement purposes.

1. The Court will hold a Zoom Video Settlement Conference with counsel and the parties on **September 25, 2020, at 10:00 a.m.** The Court's Courtroom Deputy Clerk will provide counsel with the link to the settlement meeting which counsel can then provide to the participants. Plaintiff shall make a settlement demand on or before **September 11, 2020.**

2. The Settlement Conference is confidential and shall not be recorded, by video, audio or otherwise, and each Settlement Conference participant is responsible for ensuring that no unauthorized person can view or hear the Settlement Conference while it is occurring.

3. Lead trial counsel shall appear by video at the Settlement Conference with the parties also by video.

4. Personal attendance of a party representative will rarely be excused by the Court. To seek to excuse a party from personally attending a settlement conference, counsel for that party shall meet and confer with counsel for all other parties to determine if there are any

objections to the moving party's absence.  Counsel must then email a letter to the Court (JSCsettlement@cand.uscourts.gov), with copies to all parties, seeking to excuse the party's participation.  The letter shall recite the reasons for seeking the party's absence, as well as whether the other parties agree or object to the request and the reasons for any objection.  The application to excuse a party must be lodged no later than the lodging of the Settlement Conference Statement.

6. Each party may, but is not required to, prepare a Settlement Conference Statement, which must be emailed in .pdf format to JSCsettlement@cand.uscourts.gov at least one week before the Settlement Conference.

7. The Settlement Conference Statement shall be served on opposing counsel.  Any party may submit an additional confidential statement to the Court.  The contents of this confidential statement will not be disclosed to the other parties.

8. The Settlement Conference Statement shall include at least the following:
   a. A brief statement of the facts of the case.
   b. A brief statement of the claims and defenses including, but not limited to, statutory or other grounds upon which the claims are founded, and a candid evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
   c. A summary of the proceedings to date and any pending motions.
   d. The relief sought.
   e. Any discrete issue that, if resolved, would facilitate the resolution of the case.
   f. The party's position on settlement, including present demands and offers and a history of past settlement discussions.
   g. A list of who will attend the settlement conference on behalf of each side, including counsel and insurance representatives.

9. The parties shall notify Chambers immediately at JSCsettlement@cand.uscourts.gov if this case settles prior to the date set for the Settlement Conference.

**IT IS SO ORDERED.**

Dated: July 15, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge