1
2
3
4               UNITED STATES DISTRICT COURT
5               EASTERN DISTRICT OF CALIFORNIA
6
7    STEPHEN O. MROCZKA                    Case No.   19-CV-2525 MMC (JSC)

8               Plaintiff,
                                           **NOTICE AND ORDER REGARDING**
9         v.                               **VIDEO SETTLEMENT CONFERENCE**

10   WILLIAM BARR,
11               Defendant.
12
13   TO ALL PARTIES AND COUNSEL OF RECORD:

14            The above matter was referred to Magistrate Judge Jacqueline Scott Corley for
15   settlement purposes.

16       1.   The Court will hold a Zoom Video Settlement Conference with counsel and the parties
17            on **January 25, 2020, at 10:30 a.m..** The link for the settlement conference is on
18            Magistrate Judge Corley's home page.

19       2.   The Settlement Conference is confidential and shall not be recorded, by video, audio or
20            otherwise, and each Settlement Conference participant is responsible for ensuring that
21            no unauthorized person can view or hear the Settlement Conference while it is
22            occurring.

23       3.   Lead trial counsel shall appear by video at the Settlement Conference with the
24   parties also by video.  Any party who is not a natural person shall be represented by the person(s)
25   with **unlimited** authority to negotiate a settlement.  An insured party shall appear with a
26   representative of the carrier with full authority to negotiate up to the limits of coverage.  A person
27   who needs to call another person not present before agreeing to any settlement does not have full
28   authority.

United States District Court
Northern District of California

4.      Personal attendance of a party representative will rarely be excused by the Court. To seek to excuse a party from personally attending a settlement conference, counsel for that party shall meet and confer with counsel for all other parties to determine if there are any objections to the moving party's absence.  Counsel must then email a letter to the Court (JSCsettlement@cand.uscourts.gov), with copies to all parties, seeking to excuse the party's participation.  The letter shall recite the reasons for seeking the party's absence, as well as whether the other parties agree or object to the request and the reasons for any objection.  The application to excuse a party must be lodged no later than the lodging of the Settlement Conference Statement.

5.      Each party shall prepare a Settlement Conference Statement, which must be emailed in .pdf format to JSCsettlement@cand.uscourts.gov at least one week before the Settlement Conference.

6.      The Settlement Conference Statement shall be served on opposing counsel.  Any party may submit an additional confidential statement to the Court.  The contents of this confidential statement will not be disclosed to the other parties.

7.      The Settlement Conference Statement shall include at least the following:

a.   A brief statement of the facts of the case.

b.   A brief statement of the claims and defenses including, but not limited to, statutory or other grounds upon which the claims are founded, and a candid evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

c.   A summary of the proceedings to date and any pending motions.

d.   The relief sought.

e.   Any discrete issue that, if resolved, would facilitate the resolution of the case.

f.   The party's position on settlement, including present demands and offers and a history of past settlement discussions.

g.  A list of who will attend the settlement conference on behalf of each

side, including counsel and insurance representatives.

8.  The parties shall notify Chambers immediately at JSCsettlement@cand.uscourts.gov

if this case settles prior to the date set for the Settlement Conference.

**IT IS SO ORDERED.**

Dated: December 2, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California

3