# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**FILED**
Mar 29, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN O. MROCZKA:, | Case No. 19cv02525-MMC-JLT |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ATTORNEY GENERAL MERRICK B. GARLAND, | |
| Defendant. | |

Upon Stipulation of the Parties, having resolved all the claims and issues raised in the district court case, the Court hereby dismisses this action with prejudice, each party to bear its own attorneys' fees and costs of suit.

IT IS SO ORDERED.

DATED: March 29, 2021

_____
Hon. MAXINE M. CHESNEY
United States District Court Judge